

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2018

No. 04-18-00438-CV

**SHOPOFF ADVISORS, LP,**
Appellant

v.

**FIRST AMERICAN TITLE CO.,** Atrium Circle, GP, Atrium Winn, LLC, Atrium Kavoian, LLC Copperfield Square, Copperfield Winn, LLC, Copperfield Kavoian, LLC, Imperial Airport, Imperial Winn, LLC, Imperial Kavoian, LLC, Crystal Springs Partners, LLC, Commerce Office Park – One LP, and Universal Square, LP,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-00676
The Honorable Peter Sakai, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice

Appellant Shopoff Advisors, L.P. has filed a reply brief and certifies that the reply brief "complies with the type-volume limitations of" the Texas Rules of Appellate Procedure because it "contains 8,500 words, excluding the parts of the [brief] exempted by Texas Rule of Appellate Procedure 9.4(i)(1)." However, Texas Rule of Appellate Procedure 9.4(i)(2)(C) provides that the maximum length of a reply brief in an appellate court is "7,500 words if computer-generated." TEX. R. APP. P. 9.4(i)(2)(C). Thus, appellant has certified that its reply brief exceeds the maximum length allowed.

If a document fails to conform with Rule 9.4, this Court "may strike the document or identify the error and permit the party to resubmit the document in a conforming format by a specified deadline." TEX. R. APP. P. 9.4(k).

We, therefore, ORDER Appellant Shopoff Advisors, L.P. to file an amended reply brief within fifteen days from the date of this order. If the amended brief does not correct the violations, we will strike the reply brief and prohibit appellant from filing another. *See id.*

It is so **ORDERED** on October 31, 2018.

**PER CURIAM**

ATTESTED TO:

Keith E. Hottle
Clerk of Court

